In re:  
Charles D. Biggs  
    Debtor

Case No. 22-01036-TOM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1126-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 20, 2023      Form ID: van122      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Charles D. Biggs, 5100 Kings Drive, Adamsville, AL 35005-1813 |
| intp | + | Adrienne Biggs, 2305 3rd PL NW, Birmingham, AL 35215-3305 |
| 10879384 | + | Atlas Rental Property, 2015 3rd Avenue North, Birmingham, AL 35203-3301 |
| 10866186 | + | Encore, 225 International Parkway, Lake Mary, FL 32746-5007 |
| 10866188 | + | LTD Financial Services, Attn: Bankruptcy, 3200 Wilcrest Dr, Ste 600, Houston TX 77042-6000 |
| 10939639 | + | Pacific Oak Residential Inc, C/O Darby Law Firm LLC, PO Box 3905, Montgomery, Al 36109-0905 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 20 2023 23:58:52 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 10924609 | + | Email/Text: G2APCBANK@southernco.com | Jan 20 2023 23:46:00 | ALABAMA POWER COMPANY, ATTN: BARBARA J RICE, 600 NORTH 18TH STREET, BOX 17N-0043, BIRMINGHAM, AL 35203-2200 |
| 10879385 | + | Email/Text: G2APCBANK@southernco.com | Jan 20 2023 23:46:00 | Alabama Power Company, c/o Teresa Black, Registered Agent, 600 North 18th Street, Birmingham, Alabama 35203-2200 |
| 10866185 | + | Email/PDF: bncnotices@becket-lee.com | Jan 20 2023 23:58:58 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas TX 75356-5848 |
| 10894266 | | Email/PDF: bncnotices@becket-lee.com | Jan 20 2023 23:59:15 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 10870672 | | Email/Text: bankruptcy@cbtno.com | Jan 20 2023 23:45:00 | Crescent Bank and Trust, PO Box 2829, Addison, TX 75001 |
| 10866182 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 20 2023 23:45:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Suite 3000, Southfield MI 48034-8331 |
| 10866183 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 20 2023 23:58:34 | Crescent Bank & Trust, P.O. Box 201347, Arlington TX 76006-1347 |
| 10866187 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 20 2023 23:59:10 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls SD 57117-5524 |
| 10870773 | | Email/Text: clerical@ltdfin.com | Jan 20 2023 23:46:00 | LTD ACQUISITIONS, LLC, LTD Financial Services LLP, 3200 Wilcrest Dr. Suite 600, HOUSTON, TX 77042-0000 |
| 10870478 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2023 23:58:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 10866189 | + | Email/Text: financeadmin@mdg.com | Jan 20 2023 23:45:00 | MDG US/Capital Community Bank, Attn: Bankruptcy, 3422 Old Capital Trail Pmb# 1993, Wilmington DE 19808-6124 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 10899274 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2023 23:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 10866190 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2023 23:46:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego CA 92108-3007 |
| 10866191 | + | Email/Text: bankruptcy@sccompanies.com | Jan 20 2023 23:48:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe WI 53566-1364 |
| 10869882 | + | Email/Text: bankruptcy@moneylion.com | Jan 20 2023 23:47:00 | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |
| 10866192 | + | Email/Text: bankruptcy@moneylion.com | Jan 20 2023 23:47:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy UT 84091-1547 |
| 10880557 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 20 2023 23:47:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 10866193 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2023 23:58:37 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 10866194 | | Email/Text: bankruptcy@springoakscapital.com | Jan 20 2023 23:45:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake VA 23327 |
| 10866184 | | Email/Text: bankruptcy@revenue.alabama.gov | Jan 20 2023 23:47:00 | Department of Revenue, Legal Division, P.O. Box 320001, Montgomery AL 36132-0001 |
| 10869287 | | Email/Text: bankruptcy@revenue.alabama.gov | Jan 20 2023 23:47:00 | Alabama Department of Revenue, Legal Division, P.O. Box 320001, Montgomery, Alabama 36132-0001 |
| 10907760 | | Email/Text: bankruptcy@springoakscapital.com | Jan 20 2023 23:45:00 | Spring Oaks Capital SPV, LLC, P O Box 1216, Chesapeake, VA 23327-1216 |
| 10866195 | | Email/Text: bali@badcock.com | Jan 20 2023 23:45:00 | W.S. Badcock Corporation, Attn: Bankruptcy, Po Box 497, Mulberry FL 33860 |
| 10867267 | + | Email/Text: bali@badcock.com | Jan 20 2023 23:45:00 | W.S.Badcock Corporation, Post Office Box 724, Mulberry,FL 33860-0724 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Pacific Oak Residential Inc, C/O Darby Law Firm LLC, PO Box 3905, Montgomery, Al 36109-0905 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2023           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradford W. Caraway | ctmail@ch13bham.com bhamch13@ecf.epiqsystems.com |
| Larry Darby | on behalf of Creditor Pacific Oak Residential Inc Bankruptcy@AlabamaEvictions.com |
| Robert C Keller | on behalf of Debtor Charles D. Biggs rjlawoff@bellsouth.net rwkecfemail@gmail.com,KellerRR44659@notify.bestcase.com,rkeller@rwkattorneys.com |

TOTAL: 3

Van–122 [TMD Order] (Rev. 08/17)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

**In re:**                                                    **Case No.** 22–01036–TOM13
Charles D. Biggs                             **Chapter** 13
**SSN:** xxx–xx–0122

**Debtor(s)**

# ORDER

This matter came before the Court on **1/19/2023** for a hearing on the **Chapter 13 Trustee's Motion to Dismiss.**

It is **ORDERED, ADJUDGED, and DECREED** that:

☐     Trustee's Motion to Dismiss is **DENIED.**

☐     Case is **CONVERTED** to Chapter 7 on Debtor's Notice of Conversion.

☐     Trustee's **WITHDRAWAL** of Motion to Dismiss is **ACCEPTED.**

☑     Trustee's Motion to Dismiss is **CONDITIONALLY DENIED,** pending compliance by the Debtor with these requirements.

    1.    The Debtor shall cause a full plan payment to be received in the Trustee's office before 4:00 p.m. on **2/5/2023** and,

    2.    The Debtor shall cause all plan payments due during the next 12 months to be received in the full amounts due in the Trustee's office before 4:00 p.m. on the dates due and on or before the **5th** day of each month thereafter. If the Debtor fails to satisfy these conditions, the Trustee may file a Notice of Continuing Default with the Court, with copies to the Debtor and Debtor's attorney, after which the Court may GRANT the Trustee's Motion to Dismiss and may DISMISS the case without further notice or hearing.

☐     Trustee shall send a **DIRECTION FOR DEDUCTION.**

☑     Plan payments are **MODIFIED** to $ **868.00 monthly.**

☐     Debtor's CONSENT to the Trustee's Motion to Dismiss is **APPROVED.**

☐     **OTHER:**

Dated:   January 20, 2023                         /s/ Tamara O Mitchell
                                                          United States Bankruptcy Judge

rwh